[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 15, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10788
Non-Argument Calendar

_____

D. C. Docket No. 04-00082-CR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STANLEY LAWRENCE BURKE, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 15, 2009)

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

H. Wilson Haynes, Jr., appointed counsel for Stanley Lawrence Burke, Sr., in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and the district court's order revoking Burke's supervised release and imposing his 12-month consecutive sentences under 18 U.S.C. § 3583(e)(3) is **AFFIRMED**.